■ LESTER A. JOHNS, Respondent, v LESTER JOHNS, INC., et al., Appellants. In the Matter of LESTER A. JOHNS, Respondent-Appellants, v LESTER JOHNS, INC., et al., Appellants-Respondents, et al., Respondents. (Appeal No. 2.) [879 NYS2d 767]—Appeal and cross appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered February 13, 2008. The order, inter alia, awarded prejudgment interest to plaintiff-petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ In the Matter of ALLAN L. PAGLIA, an Attorney, Resignor. [879 NYS2d 799]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed May 22, 2009.)

■ In the Matter of MICHAEL P. MARMOR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [879 NYS2d 800]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (d) (3) (d). Present—Hurlbutt, J.P., Smith, Peradotto and Gorski, JJ. (Filed May 20, 2009.)

■ In the Matter of BONNIE STRUNK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [879 NYS2d 800]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (d) (3) (d). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed May 20, 2009.)

■ In the Matter of JOSEPH M. HOBAICA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [879 NYS2d 800]—A certified copy of plea minutes having been filed showing that Joseph M. Hobaica was convicted of criminal possession of a controlled substance in the fifth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed June 3, 2009.)

■ In the Matter of ROBERT H. SLOCUM, an Attorney, Resignor. [879 NYS2d 799]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed June 3, 2009.)